# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BAE Systems Ordnance Systems, Inc. | )  ASBCA No. 62416 |
| | ) |
| Under Contract Nos. W52P1J-11-C-0012 | ) |
| W52P1J-11-D-0013 | ) |
| W52P1J-11-G-0002 | ) |

APPEARANCES FOR THE APPELLANT:     Barbara A. Duncombe, Esq.
 Will Gardner, Esq.
 Stephen Darby, Esq.
   Taft Stettinius & Hollister LLP
   Indianapolis, IN

 William Beckley, Esq.
   Taft Stettinius & Hollister LLP
   Columbus, OH

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
   Army Chief Trial Attorney
 John C. Degnan, Esq.
 MAJ Michael R. Tregle, Jr., JA
   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 27, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62416, Appeal of BAE Systems Ordnance Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  September 27, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals